UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDY SELLERS and LEONA SELLERS,

    Plaintiffs,

v.          Case No: 2:13-cv-615-FtM-38DNF

AMERICAN RECOVERY SPECIALISTS OF FLORIDA, INC. and RONALD M. KEYS,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Court's Order to Show Cause (Doc. #6) filed on March 6, 2014. On March 6, 2014, the Court directed Plaintiffs, Randy and Leona Sellers to show cause in writing why the Defendants had not been timely served with the summons and complaint in accord with the Federal Rules of Civil Procedure. As explained in the Court's Order to Show Cause, the Plaintiffs had 120 days to effectuate service on the Defendants after their Complaint was filed with the Court. Fed. R. Civ. P. 4(m). The Complaint was filed on August 22, 2013, and no service had been effectuated on the Defendants by the time the 120 deadline expired.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Plaintiffs were warned that failure to effect service within 120 days would mandate that their case be dismissed. Steinberg v. Barclay's Nominees (Branches) Ltd., 2008 WL 4500395, *2 (S.D. Fla. September 30, 2008) (citing Fed. R. Civ. P. 4(m)).  The Plaintiffs were given up to and including March 17, 2014, to answer the Court's Order to Show Cause.  To date the Plaintiffs have failed to respond to the Order to Show Cause or to effect service on the Defendants.  Therefore, the Plaintiff's Complaint is due to be dismissed and the case closed.

Accordingly, it is now

**ORDERED:**

The Plaintiffs' Complaint (Doc. #1) is hereby **DISMISSED.** The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of April, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record